IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| PRIMOHOAGIES FRANCHISING, INC. | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 1:25-cv-00621 |
| DOMINIC'S BARBERSHOP LLC | : | |
| and | : | |
| BRIAN AND KRISTIN PENNA | : | |
| Defendants. | : | |

## ORDER

The plaintiff, PrimoHoagies Franchising, Inc., through its attorneys, having moved for an order pursuant to Federal Rule of Civil Procedure 55(b)(2) directing entry of default judgment in its favor and against defendants Dominic's Barbershop LLC, Brian Penna, and Kristin Penna (ECF No. 8); and defendants having failed to oppose plaintiff's motion;

it is this **7th** day of **April**, 2025, **ORDERED:**

1. Plaintiff's motion to ender default judgment is **GRANTED**; and

2. **JUDGMENT** is hereby entered in favor of plaintiff, PrimoHoagies Franchising, Inc. and against defendants, Dominic's Barbershop LLC, Brian Penna, and Kristin Penna, jointly and severally, in the amount of $99,243.13.

*/s/ Edward S. Kiel*
**Edward S. Kiel**
**United State District Judge**